

1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID L. GAPPA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                      EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,      ) 1:08-MJ-00173 SMS
10                                )
           Plaintiff,             ) ORDER STAYING MAGISTRATE'S ORDER
11                                ) RELEASING DEFENDANT ON O/R
           v.                     ) CONDITIONS
12                                )
   ROBIN BLAKE,                   )   1:08 CR  00281 AWI
13                                )
                                  )
14         Defendant.             )
                                  )
15

16      Upon application of the United States Government for stay of

17 the order of the Magistrate Judge setting conditions of release

18 for the above-named defendant, and good cause appearing,

19      IT IS HEREBY ORDERED THAT the Magistrate Judge's order

20 setting conditions for release of the above-named defendant, be

21 stayed pending the disposition of the government's motion to

22 revoke such order.

23      IT IS FURTHER ORDERED that the hearing on said motion be set

24 as soon as practicable.

25 Dated: August 29, 2008          _____
                                        U.S. District Judge
26

27

28

                                    1