LAWRENCE G. BROWN
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-F-08-00281 OWW |
| | ) | |
| Plaintiff, | ) | PROTECTIVE ORDER CONCERNING |
| | ) | COMPUTER MEDIA CONTAINING CHILD |
| v. | ) | PORNOGRAPHY |
| | ) | |
| ROBIN BLAKE | ) | |
| | ) | |
| Defendant. | ) | The Honorable Oliver W. Wanger |
| | ) | |
| | ) | |
| _____ | ) | |

<u>ORDER</u>

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The government shall make a duplicate copy of any hard drive or other storage media as requested by the defense.

2. The duplicate copies of any hard drive and/or storage media shall be made available for defense counsel, Eric Fogderude, and any designated expert, to review at the offices of U.S Immigration and Customs Enforcement (ICE) in Fresno, California for the purpose of preparing for trial in the above-entitled action.  The images on the hard drives and storage media shall not be viewed by any other person unless defense counsel is present and the viewing is necessary to preparation of the defendant's defense.

3.   Neither Mr. Fogderude, nor any designated expert, nor

anyone acting on behalf of the defense shall remove any hard drive or other media from the ICE office or copy, duplicate, or transfer any data or files onto any other media or device of any kind.

    4.   No government agent shall access or review the defense copy of the hard drive while it is within the custody of the ICE office.

    5.   When the defense indicates that it is finished with its review of the copy of the hard drive, the government will "wipe" the hard drive and return it to defense counsel or his expert.

    6.   Any disputes concerning the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED.

**Dated:   August 25, 2009**         /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

2